# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**KATRINA C. WESLEY,**

        Plaintiff,

        V.          CASE NUMBER: **05-C-1162**

**PRESERVATION MANAGEMENT, INC.,**
**SHEILA MALYNOWSKI, and**
**BRIAN POULIN,**

        Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that plaintiff's complaint is dismissed due to lack of subject matter jurisdiction. This action is hereby DISMISSED.**

| | |
|---|---|
|    **February 2, 2006** |  **SOFRON B. NEDILSKY** |
| Date | Clerk |
| |  s/ Linda M. Zik |
| | (By) Deputy Clerk |